No. A–570. FULLER *v.* MICHIGAN. Ct. App. Mich. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–634. MARION ET AL. *v.* UNITED STATES. C. A. 6th Cir. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–674. B. P. O. E. LODGE No. 2043 OF BRUNSWICK ET AL. *v.* INGRAHAM ET AL. Appeal from Sup. Jud. Ct. Me. Application for stay of mandate presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted.

No. A–740. GRIT ET AL. *v.* WOLMAN ET AL. D. C. S. D. Ohio. Application for stay of judgment presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.